No. 1078, Misc. STAHLMAN v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se*. *John J. O'Connell*, Attorney General of Washington, and *Stephen C. Way* and *Paul J. Murphy*, Assistant Attorneys General, for respondent.

No. 1173, Misc. PELIO v. NEW YORK. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, *Samuel A. Hirshowitz*, First Assistant Attorney General, and *Vincent A. Marsicano* and *Barry Mahoney*, Assistant Attorneys General, for respondent.

No. 1208, Misc. MEUNIER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Doar, David L. Norman* and *Gerald P. Choppin* for the United States.

No. 1287, Misc. NICHOLSON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Frazer Durrett, Jr.,* and *Hugh Peterson, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1290, Misc. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Robert S. Erdahl* for the United States.

No. 1315, Misc. LANGFORD v. COMMISSIONERS OF CIVIL SERVICE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for respondents.